IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NUMBER: |
| v. | 1:23-CR-004-JPB-JSA |
| JOKAVA LEONE HARRIS and | |
| KEITH PHARMS, | |
| Defendants. | |

## REPORT AND RECOMMENDATION

Currently pending are Defendant Harris's Motion to Suppress Evidence [63], Defendant Harris's Motion to Allow Participation in Voir Dire [64], Defendant Pharm's Motion to Suppress Statements [70] and the Government's Motion in Limine [75]. The Motion to Allow Participation [64] and Motion in Limine [75], as trial management or evidentiary matters, are **DEFERRED** to the trial judge.

As for Defendant Harris's Motion to Suppress [63], counsel agreed that the motion should be withdrawn or denied as moot in the light of the existence of a search warrant authorizing the search. *See* Minute Text [71]. Thus, it is **RECOMMENDED** that the Motion [63] be **DENIED** as moot.

1

As for Defendant Pharms's Motion to Suppress Statements [70], the Government has indicated that it "no longer opposes defendant's motion to suppress his interview statements." [75] at 1. Thus, this Motion [70] should be **GRANTED** as unopposed and the Government should be ordered not to introduce any statements by Defendant Pharms against him at trial in its case-in-chief. The Government has argued that Defendant Pharms should likewise be excluded under the rules of evidence from introducing self-serving statements from the interview himself, and this motion in limine [75] is not opposed by Defendant. But this motion is deferred to the trial judge to resolve as it involves an application of the evidentiary rules.

The matter is **READY FOR TRIAL**.

IT IS SO **RECOMMENDED** this 13th day of November, 2023.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE